United States Bankruptcy Court
District of Puerto Rico

IN RE:                                                           Case No. _____

PAGAN RODRIGUEZ, ORLANDO & VERA VELEZ, YOLANDA IVETTE     Chapter **13**
Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: **2/08/2010**                        ☐ AMENDED PLAN DATED: _____
☑ PRE ☐ POST-CONFIRMATION              Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ __375.00__ x __60__ = $ __22,500.00__
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ __22,500.00__

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:
☐ Sale of Property identified as follows:
_____
_____
☐ Other:
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ __22,500.00__

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ __2,935.00__

Signed: _[signature]_
Debtor

_[signature]_
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____

2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **HSBC AUTO** Cr. _____ Cr. _____
# **50000200219676** # _____ # _____
$ __10,569.00__ $ _____ $ _____

3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____

4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____

5. ☐ Other:
_____

6. ☑ Debtor otherwise maintains regular payments directly to:
**ELIZABETH MORALES SANTIAGO (CHILD SUPPORT)**

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law.
11 U.S.C. § 507 and § 1322(a)(2)

D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
☐ Paid 100% / ☐ Other: _____
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____

2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)
DEBTOR AGREES TO LIFT STAY IN FAVOR OF BANK OF THE WEST BECAUSE MOTOR VEHICLE IS IN POSSESSION OF A 3RD PERSON.

TRUSTEE WILL PAY ATTY FEES BEFORE ANY SECURED CLAIM AND AFTER ADEQUATE PROTECTION PAYMENTS OF $190.00 A MONTH TO HSBC AUTO UNTIL CONFIRMATION OF PLAN.

DEBTOR WILL PROVIDE INSURANCE COVERAGE TO HSBC AUTO AFTER MATURITY DATE THROUGH TRIPLE S PROPIEDAD.

DEBTOR WILL CONTRIBUTE TO THE PLAN ANY AND ALL TAX REFUNDS RECEIVED, IF ANY, IN THE EVENT THAT THE TRUSTEE RECEIVES ANY SUCH PAYMENT, THE SAME SHALL BE CONSIDERED TO BE A POST CONFIRMATION MODIFICATION TO THE PLAN.

DEBTORS AGREES TO LIFT STAY IN FAVOR OF TAYLOR BEANS AND WHITAKER

Attorney for Debtor **FELIX M ZENO GLORO LAW OFFICE**      Phone: **(787) 879-1760**

CHAPTER 13 PAYMENT PLAN