## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

**ORLANDO PAGAN RODRIGUEZ**　　　　　　　　　**CASE 10-01009 SEK**
**YOLANDA I VERA VELEZ**

**DEBTORS**　　　　　　　　　　　　　　　　　　**CHAPTER 13**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### DEBTOR'S AMENDMENT OF CHAPTER 13 PLAN

**TO THE HONORABLE COURT:**

　　**COMES NOW**, Debtors in the above-captioned case, hereby amend the Chapter 13 Plan in this case. **The purpose of the amendment is to include Lift of Stay in favor of Bank of the West.**

### NOTICE

　　Parties are granted twenty days to file objections and that if no objections are filed, the Court could confirm the plan without further hearing.

### CERTIFICATE OF SERVICE

　　**I hereby certify** that on this same date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sends notification of such filing to all those who have registered for receipt of notice by electronic mail. I further certify that the foregoing has been served to U.S. Trustee at ustpregion21.hr.ecf@usdoj.gov, Chapter 13 Trustee, Alejandro Oliveras Rivera at aorecf@13sju.com and by depositing true and correct copies thereof in the United States Mail, to the non CM/ECF participants and parties in interest that have filed notices of appearance pursuant to G.O. 05-09, included in the service list attached to the original hereof.

　　**In Arecibo, Puerto Rico, this 15th day of March, 2010.**

　　　　　　　　　　　　　　　　**FELIX M ZENO GLORO**
　　　　　　　　　　　　　　　　**USDC 124212**
　　　　　　　　　　　　　　　　**PO BOX 1945 ARECIBO PR 00613**
　　　　　　　　　　　　　　　　**TEL 879-1760  FAX 880-2756**
　　　　　　　　　　　　　　　　**tribunal@zenogloro.com**

　　　　　　　　　　　　　　　　By: /s/ Liavanessa Fontánez Ruíz
　　　　　　　　　　　　　　　　LIAVANESSA FONTÁNEZ RUÍZ
　　　　　　　　　　　　　　　　USDC 213707

yrc

**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:  Case No. **10-01009-13**

**PAGAN RODRIGUEZ, ORLANDO & VERA VELEZ, YOLANDA IVETTE**  Chapter **13**
Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____  ☑ AMENDED PLAN DATED: **3/11/2010**
☑ PRE ☐ POST-CONFIRMATION   Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **375.00** x **60** = $ **22,500.00**
$ ___ x ___ = $ ___
$ ___ x ___ = $ ___
$ ___ x ___ = $ ___
$ ___ x ___ = $ ___

TOTAL: $ **22,500.00**

Additional Payments:
$ ___ to be paid as a LUMP SUM within ___ with proceeds to come from:
☐ Sale of Property identified as follows:
___
☐ Other:
___

Periodic Payments to be made other than, and in addition to the above:
$ ___ x ___ = $ ___

PROPOSED BASE: $ **22,500.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,935.00**

Signed: /s/ Debtor
/s/ Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ___ $ ___
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:
Cr. ___ Cr. ___ Cr. ___
# ___ # ___ # ___
$ ___ $ ___ $ ___
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **HSBC AUTO** Cr. ___ Cr. ___
# **50000200219676** # ___ # ___
$ **10,569.00** $ ___ $ ___
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. ___ Cr. ___ Cr. ___
# ___ # ___ # ___
$ ___ $ ___ $ ___
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
___
5. ☐ Other:
___
6. ☐ Debtor otherwise maintains regular payments directly to:
___

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: ___
☐ Paid 100% / ☐ Other: ___
Cr. ___ Cr. ___ Cr. ___
# ___ # ___ # ___
$ ___ $ ___ $ ___
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
DEBTOR AGREES TO LIFT STAY IN FAVOR OF BANK OF THE WEST BECAUSE MOTOR VEHICLE IS IN POSSESSION OF A 3RD PERSON. TRUSTEE WILL PAY ATTY FEES BEFORE ANY SECURED CLAIM AND AFTER ADEQUATE PROTECTION PAYMENTS OF $190.00 A MONTH TO HSBC AUTO UNTIL CONFIRMATION OF PLAN. DEBTOR WILL PROVIDE INSURANCE COVERAGE TO HSBC AUTO AFTER MATURITY DATE THROUGH TRIPLE S PROPIEDAD. DEBTOR WILL CONTRIBUTE TO THE PLAN ANY AND ALL TAX REFUNDS RECEIVED, IF ANY, IN THE EVENT THAT THE TRUSTEE RECEIVES ANY SUCH PAYMENT, THE SAME SHALL BE CONSIDERED TO BE A POST CONFIRMATION MODIFICATION TO THE PLAN. DEBTOR AGREES TO LIFT STAY IN FAVOR OF TAYLORY BEAN & WHITAKER. DEBTOR AGREES TO LIFT STAY IN FAVOR OF BANK OF THE WEST.

Attorney for Debtor **FELIX M ZENO GLORO LAW OFFICE**  Phone: **(787) 879-1760**

CHAPTER 13 PAYMENT PLAN

**10-01009-SEK13** ORLANDO PAGAN RODRIGUEZ and YOLANDA IVETTE VERA VELEZ
Case type: bk **Chapter:** 13 **Asset:** Yes **Vol:** v **Bankruptcy Judge:** SARA E. DE JESUS KELLOGG
**Date filed:** 02/12/2010 **Date of last filing:** 02/25/2010

# Creditors

**ASUME**
OFICINA LOCAL REGION DE BAYAMON
PO BOX 2578
BAYAMON PR 00960
(2938367)
(cr)

**BANK OF THE WEST**
ATTN: BANKRUPTCY
1450 TREAT BLVD
WALNUTCREEK, CA 94597
(2922386)
(cr)

**BANK OF THE WEST**
1450 TREAT BLVD
WALNUT CREEK, CA 94597
(2922385)
(cr)

**BARCLAYS BANK DELAWARE**
125 SOUTH WEST STR
WILMINGTON, DE 19801
(2922387)
(cr)

**BARCLAYS BANK DELAWARE**
ATTENTION: CUSTOMER SUPPORT DEPARTMENT

PO BOX 8833
WILMINGTON, DE 19899
(2922388)
(cr)

**CAP ONE**
PO BOX 85520
RICHMOND, VA 23285
(2922389)
(cr)

**CAP ONE**
ATTN: C/O TSYS DEBT MANAGEMENT
PO BOX 5155
NORCROSS, GA 30091
(2922390)
(cr)

**CHASE - TOYS R US**
PO BOX 15298
WILMINGTON, DE 19850
(2922391)
(cr)

**CITI**
PO BOX 6241
SIOUX FALLS, SD 57117
(2922392)
(cr)

**CITIFINANCIAL RETAIL SERVICES**
PO BOX 6933
THE LAKES, NV 88901
(2922393)
(cr)

**DISH NETWORK**
PO BOX 105169
ATLANTA, GA 30348-5169
(2922394)
(cr)

**GE Consumer Finance**
For GE Money Bank
dba FUNANCING/GEMB
PO Box 960061
(2928223)
(cr)

Orlando FL 32896-0661

**GEMB/FUNANCING**  
PO BOX 981439  
EL PASO, TX 79998  
(2922395)  
(cr)

**GEMB/GE MONEY BANK LOW**  
PO BOX 103065  
ROSWELL, GA 30076  
(2922396)  
(cr)

**GEMB/GE MONEY BANK LOW**  
ATTENTION: BANKRUPTCY DEPARTMENT  
PO BOX 103106  
ROSWELL, GA 30076  
(2922397)  
(cr)

**GEMB/WALMART**  
PO BOX 981400  
EL PASO, TX 79998  
(2922398)  
(cr)

**GEORGE ALBRIGHT**  
TAX COLLECTOR  
PO BOX 970  
OCALA, FL 34478  
(2922399)  
(cr)

**GTE FEDERAL CREDIT UNI**  
711 DALE MABRY HWY SOUTH  
TAMPA, FL 33609  
(2922400)  
(cr)

**HSBC AUTO**  
BANKRUPTCY NOTICES  
PO BOX 17909  
SAN DIEGO, CA 92177  
(2922402)  
(cr)

**HSBC AUTO**  
6602 CONVOY COURT  
SAN DIEGO, CA 92111  
(2922401)  
(cr)

**HSBC BANK**  
PO BOX 5253  
CAROL STREAM, IL 60197  
(2922403)  
(cr)

**JUNIPER**  
CARD SERVICES  
PO BOC 13337  
PHILADELPHIA, PA 19101  
(2922404)  
(cr)

**LOWE'S**  
PO BOX 530914  
ATLANTA, GA 30353  
(2922405)  
(cr)

**MAGNOLIA EMERGENCY PHYSICIAN**  
827 MAGNOLIA BOULEVARD SUITE 6  
MAGNOLIA, TX 77355  
(2922406)  
(cr)

**MARION COUNTY FIRE RESCUE**  
2631 SE 3RD STREET  
OCALA, FL 34471  
(2922407)  
(cr)

**MONROE REGIONAL HEALTH SYSTEMS**  
221 SW 11 ST  
OCALA, FL 34471  
(2922408)  
(cr)

**MSB**

| | |
|---|---|
| PO BOX 16755<br>AUSTIN, TX 78761 | (2922409)<br>(cr) |
| **PROGRESS ENERGY FLORIDA INC**<br>PO BOX 1551<br>RALEIGH, NC 27602 | (2922410)<br>(cr) |
| **RADIOLOGY ASSOCIATES OF OCALA**<br>PO BOX 6200<br>OKALA, FL 34478 | (2922411)<br>(cr) |
| **SAFEHOME SEC**<br>55 SEBETHE DR<br>CROMWELL CT 06416 | (2922412)<br>(cr) |
| **SPIRIT AIRLINES**<br>CARD SERVICES<br>PO BOX 13337<br>PHILADELPHIA, PA 19101 | (2922413)<br>(cr) |
| **SUNTRUST BANK**<br>PO BOX 40<br>WAYNE, NE 68787 | (2922414)<br>(cr) |
| **TARGET N.B.**<br>PO BOX 673<br>MINNEAPOLIS, MN 55440 | (2922415)<br>(cr) |
| **TARGET N.B.**<br>PO BOX 9475<br>MINNEAPOLIS, MN 55440 | (2922416)<br>(cr) |
| **TARGET NATIONAL BANK**<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | (2930242)<br>(cr) |
| **TAYLOR BEAN & WHITAKER**<br>1417 N. MAGNOLIA AVENUE<br>OCALA, FL 34475 | (2922417)<br>(cr) |
| **THD/CBSD**<br>PO BOX 6497<br>SIOUX FALLS, SD 57117 | (2922418)<br>(cr) |
| **THD/CBSD**<br>ATTN.: CENTRALIZED BANKRUPTCY<br>PO BOX 20507<br>KANSAS CITY, MO 64195 | (2922419)<br>(cr) |

| PACER Service Center |||| 
|---|---|---|---|
| Transaction Receipt ||||
| 03/15/2010 09:47:12 ||||
| PACER Login: | fz0002 | Client Code: | |
| Description: | Creditor List | Search Criteria: | 10-01009-SEK13 Creditor Type: All |
| Billable Pages: | 2 | Cost: | 0.16 |